# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CURTIS L. DOWNING, | ) | |
| Plaintiff, | ) | 2:12-cv-00332-JCM-CWH |
| vs. | ) | |
| | ) | **ORDER** |
| JOHNNIE GRAVES, *et al.*, | ) | |
| Defendants. | ) | |

This is a *pro se* civil rights action filed pursuant to 42 U.S.C. § 1983 by a state prisoner. The Court entered a screening order in this action on January 31, 2013. (ECF No. 8). Plaintiff has filed a motion for summons and service of the complaint. (ECF No. 12). Good causing appearing, plaintiff's motion is granted and the Court orders the complaint and supplement to be served on defendants, as specified below.

**IT IS THEREFORE ORDERED** that plaintiff's motion for service of the complaint (ECF No. 12) is **GRANTED.**

**IT IS FURTHER ORDERED AS FOLLOWS:**

1. The Clerk shall electronically **SERVE** a copy of this order, the screening order (ECF

1  No. 8), and a copy of plaintiff's complaint and supplement (ECF Nos. 9 & 10) on the
2  Office of the Attorney General of the State of Nevada, attention Kat Howe.
3  2. Subject to the findings of the screening order (ECF No. 8), within **twenty-one (21)**
4  **days** of the date of entry of this order, the Attorney General's Office shall file a
5  notice advising the Court and plaintiff of: (a) the names of the defendants for whom it
6  accepts service; (b) the names of the defendants for whom it does <u>not</u> accept service,
7  and (c) the names of the defendants for whom it is filing last-known-address
8  information under seal. As to any of the named defendants for which the Attorney
9  General's Office cannot accept service, the Office shall file, *under seal*, the last
10  known address(es) of those defendant(s) for whom it has such information.
11  3. If service cannot be accepted for any of the named defendant(s), plaintiff shall file a
12  motion identifying the unserved defendant(s), requesting issuance of a summons, and
13  specifying a full name and address for the defendant(s). For the defendant(s) as to
14  which the Attorney General has not provided last-known-address information,
15  plaintiff shall provide the full name <u>and</u> address for the defendant(s).
16  4. If the Attorney General accepts service of process for any named defendant(s), such
17  defendant(s) shall file and serve an answer or other response to the complaint within
18  **sixty (60) days** from the date of this order.
19  5. Henceforth, plaintiff shall serve upon defendant(s) or, if an appearance has been
20  entered by counsel, upon their attorney(s), a copy of every pleading, motion or other
21  document submitted for consideration by the Court. Plaintiff shall include with the
22  original paper submitted for filing a certificate stating the date that a true and correct
23  copy of the document was mailed to the defendants or counsel for the defendants. If
24  counsel has entered a notice of appearance, the plaintiff shall direct service to the
25  individual attorney named in the notice of appearance, at the address stated therein.
26  The Court may disregard any paper received by a district judge or magistrate judge

which has not been filed with the Clerk, and any paper received by a District Judge, Magistrate Judge, or the Clerk which fails to include a certificate showing proper service.

Dated this 21st day of June, 2013.

_____
C.W. Hoffman, Jr.
UNITED STATES MAGISTRATE JUDGE