# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS L. DOWNING, ) | |
| Plaintiff, ) | 2:12-cv-00332-JCM-CWH |
| vs. ) | |
| ) | **ORDER** |
| JOHNNIE GRAVES, *et al.*, ) | |
| Defendants. ) | |

This matter is before the Court on Defendants' Motion for Enlargement of Time to File Responsive Pleading (#33), filed October 2, 2013.  Defendants seek an indefinite extension of time to respond to Plaintiff's complaint in the event Plaintiff attempts to amend his complaint.  The Court is not inclined to extend the time for response indefinitely to await an uncertain motion.  The Court does, however, find good cause to extend the time for Defendants to file their responsive pleading until Friday, October 19, 2013.  Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Enlargement of Time to File Responsive Pleading (#33) is **denied**.

**IT IS FURTHER ORDERED** that Defendants shall have until Friday, October 18, 2013 to file their responsive pleading.

Dated: October 15, 2013.

_____
**C.W. Hoffman, Jr.**
**UNITED STATES MAGISTRATE JUDGE**