**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CURTIS L. DOWNING, | ) |
| Plaintiff, | ) 2:12-cv-00332-JCM-CWH |
| vs. | ) |
| JOHNNIE GRAVES, *et al.*, | ) **ORDER** |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Motion for Enlargement of Time (#49), filed November 12, 2013, and Defendant's Response of Non-Opposition (#51), filed November 19, 2013.

Plaintiff, who is incarcerated, seeks an approximately sixty (60) day extension in which to file his response to Defendants pending dispositive motion (#43). He asserts the extension is necessary because he has only limited library time to prepare his filings and needs more time. Defendants do not oppose the requested extension. Plaintiff's motion (#49) was untimely and is therefore reviewed under the excusable neglect standard of Fed. R. Civ. P. 6(b)(1)(B) and Local Rule ("LR") 26-4. In evaluating excusable neglect, the court considers: (1) the reason for the delay and whether it was in the reasonable control of the moving party, (2) whether the moving party acted in good faith, (3) the length of the delay and its potential impact on the proceedings, and (4) the danger of prejudice to the nonmoving party. *See Pioneer Inv. Servs. Co. v. Brunswick Assocs.,* 507 U.S. 380, 395, 113 S.Ct. 1489, 123 L.Ed.2d 74 (1993); *see also Comm. for Idaho's High Desert, Inc. v. Yost,* 92 F.3d 814, 825 n. 4 (9th Cir.1996).

Based on Defendants' non-opposition, the Court agrees that some extension is warranted. The undersigned is not convinced, however, that an extension of the length requested is necessary.

Plaintiff's utilization of his allotted time within the prison library is within his reasonable control, even if made more difficult by his confinement. It appears Plaintiff is acting in good faith and a limited extension will have minimal impact, if any, on the proceedings. Defendants agree they will not be prejudiced if an extension is granted. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Enlargement of Time (#49) is **granted in part and denied in part**. Plaintiff shall file his reply brief by **Friday, December 20, 2013.**

Dated: November 21, 2013.

                                        **C.W. Hoffman, Jr.**
                                        **UNITED STATES MAGISTRATE JUDGE**