# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CURTIS L. DOWNING, | ) | |
| Plaintiff, | ) | 2:12-cv-00332-JCM-CWH |
| vs. | ) | |
| | ) | **ORDER** |
| JOHNNIE GRAVES, *et al.*, | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendants' Motion to Stay Issuance of a Discovery Plan and Scheduling Order (#46), filed October 24, 2013. No response has been filed. "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Stay Issuance of a Discovery Plan and Scheduling Order (#46) is **granted**.

Dated: November 21, 2013.

C.W. Hoffman, Jr.
UNITED STATES MAGISTRATE JUDGE