CATHERINE CORTEZ MASTO
Attorney General
RAELENE K. PALMER
Deputy Attorney General
Nevada Bar No. 8602
Bureau of Litigation
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
Tel: 702-486-3420
Fax: 702-486-3773
E-mail: rpalmer@ag.nv.gov
*Attorneys for Defendants, Brian Williams, James G. Cox, Bryan Wilson, Jerry Howell, Sheryl Foster, Alonzo Romero, and Jesus Meranza*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS L. DOWNING,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHNNIE GRAVES, *et. al.*,<br><br>　　　　Defendants. | Case No.  2:12-cv-00332-JCM-CWH<br><br>**JUDGMENT** |

This action came before the Court by way of Defendants' Motion to Dismiss, or Alternatively, Motion for Summary Judgment. (Court Docket #43).  The issues were fully considered by the Court, and Defendants' Motion for Summary Judgment has been granted.

JUDGMENT IS HEREBY ENTERED for Defendants and against Plaintiff.

Dated: June 11, 2014.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
CATHERINE CORTEZ MASTO
Nevada Attorney General

By: */s/ Raelene K. Palmer*
　　Raelene K. Palmer
　　Deputy Attorney General

1

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Office of the Attorney General and that on the 10th day of June, 2014, I served the foregoing, **PROPOSED JUDGMENT**, by causing a true and correct copy thereof to be filed with the Clerk of the Court using the electronic filing system and by causing a true and correct copy thereof to be delivered to the Department of General Services, for mailing at Las Vegas, Nevada, addressed to the following:

> CURTIS L DOWNING, #18675
> SOUTHERN DESERT CORRECTIONAL CENTER
> P.O. BOX 208
> INDIAN SPRINGS, NEVADA  89070
> *Plaintiff, Pro Se*

    /s/ Carol A. Knight
An employee of:
STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL