UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CURTIS L. DOWNING, | Case No. 2:12-CV-332 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| JOHNNIE GRAVES, et al., | |
| Defendant(s). | |

Presently before the court is *pro se* plaintiff Curtis Downing's second motion to extend time to submit a reply in support of his motion for relief from judgment. (ECF No. 82). Defendants have submitted a notice of non-opposition to plaintiff's motion. (ECF No. 83). Plaintiff indicates that he has been unable to conduct computer research because of logistical difficulties with the Southern Desert Correctional Center's law library, although he has submitted requests for access and "narrowed down the direction of his needed research." (ECF No. 82 at 4). As a result, this court finds that plaintiff has demonstrated excusable neglect. *See* Fed. R. Civ. P. 6(b)(1)(B).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to extend time (ECF No. 82) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that plaintiff shall have through March 8th, 2017, to submit his reply.

IT IS FURTHER ORDERED that plaintiff's December 27, 2016, motion to extend time (ECF No. 81) be, and the same hereby is, DISMISSED as moot.

DATED February 10, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**